UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

    RAYMOND J. CASSIDY,

            Debtor.

Case No. 18-77650-ast
Chapter 13

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES
OF ALL ORDERS, NOTICES, AND PLEADINGS
UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)**

RoundPoint Mortgage Servicing Corporation, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

DATED:    December 3, 2018
                  Latham, New York

                                      s/Lisa Milas
                                      Lisa Milas, Esq.
                                      SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
                                      Attorneys for RoundPoint Mortgage Servicing Corporation
                                      Office and P.O. Address
                                      950 New Loudon Road
                                      Suite 109
                                      Latham, New York 12110
                                      Phone:  (518) 786-9069
                                      E-Mail: LMilas@schillerknapp.com

TO:

    Cooper J. Macco, Esq.
    2950 Express Drive South
    Suite 109
    Islandia, New York  11749

    Marianne DeRosa
    Chapter 13 Trustee
    125 Jericho Tpke
    Suite 105
    Jericho, New York  11753

Office of the United States Trustee
Eastern District of New York
Long Island Federal Courthouse
560 Federal Plaza, Room 560
Central Islip, New York  11722-4437